Jacob A. Shahbaz, Esq. (SBN. 204669)
SHAHBAZ LAW GROUP, APC
15760 Ventura Boulevard
Suite 860
Encino, CA 91436
Tel:  (818) 510-0091
Fax: (818) 305-6222
Email: jacob@shahbazlaw.com
Attorney for Plaintiff, GARNIK BLKHOYAN


Matthew S. Kenefick, Esq. (SBN. 227298)
JEFFER MANGELS BUTLER & MITCHELL, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-4308
Tel: (310) 203-8080
Fax: (310) 203-0560
Email: mkenefick@jmbm.com
Attorney for Defendant, DR. IKE'S PHARMACY, ET AL.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARNIK BLKOYAN, | Case No. 2:20-cv-11766-APM |
| Plaintiff, | Hon. Judge Alexander F. MacKinnon |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| DR. IKE'S PHARMACY, business form unknown, and DOES 1-25 | |
| Defendants. | Action Filed:    11/25/2020 Trial Date:     None Set |

1        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Garnik

2  Blkhoyan, and Defendants Dr. Ike's Pharmacy, et al., by and through the

3  undersigned parties, and their counsels, hereby stipulate that the above-captioned

4  action is voluntarily dismissed with prejudice in its entirety.  Each party shall bear

5  their own attorneys' fees and costs incurred herein.

6

7  Dated:  January 22, 2021

8                       SHAHBAZ LAW GROUP, APC

9

10                  By        */s/Jacob A. Shahbaz*

11                         Jacob A. Shahbaz, Esq.

12                         Attorney for Plaintiff

13                         Garnik Blkhoyan

14  Dated:  January 22, 2021

15

16

17            JEFFER MANGELS BUTLER & MITCHELL, LLP

18

19                  By        */s/ Matthew S. Kenefick*

20                         Matthew S. Kenefick, Esq.

21                         Attorney for Defendants

22                         Dr. Ike's Pharmacy

23

24

25

26

27

28