1

2

3

4          JS-6

5

6

7

8

9     UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 GARNIK BLKHOYAN | Case No. 2:20-cv-11766-AFM |
| 13    Plaintiff, | Hon. Judge Alexander F. MacKinnon |
| 14   v. | [~~PROPOSED~~] **ORDER RE JOINT** |
| 15 | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 16 DR. IKE'S PHARMACY, business form unknown, and DOES 1-25, | |
| 17 | |
| 18    Defendant(s). | Action Filed:  11/25/2020<br>Trial Date:   None Set |

19

20

21

22

23

24

25

26

27

28

Pursuant to the parties' "Joint Stipulation for Dismissal with Prejudice," and good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed in its entirety with prejudice.  Each party shall bear his or its own costs and attorney's fees.

**IT IS SO ORDERED**

Dated 1/22/2021

_____
Honorable Alexander F. MacKinnon
United States Magistrate Judge

2

**[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**